| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Capitol Closet Design, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  5 4 - 1 9 2 1 8 7 1

4. **Debtor's address**

   **Principal place of business**

   8027 Leesburg Pike
   Number   Street
   Suite 304

   Vienna                    VA      22182
   City                      State   ZIP Code

   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City                      State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City                      State   ZIP Code

5. **Debtor's website (URL)**  www.capitolclosetdesign.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Capitol Closet Design, Inc.** _____ Case number (if known) _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    _2_ _3_ _8_ _9_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor  **Capitol Closet Design, Inc.** _____   Case number (if known) _____

| | |
|---|---|
| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>MM / DD / YYYY<br>District _____ When _____ Case number _____<br>MM / DD / YYYY<br>District _____ When _____ Case number _____<br>MM / DD / YYYY |
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ When _____<br>MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____ Relationship _____<br>District _____ When _____<br>MM / DD / YYYY<br>Case number, if known _____ |
| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor **Capitol Closet Design, Inc.**_____ Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**   *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____

    _____ _____ _____
    City                          State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
           Contact name    _____
           Phone           _____

---

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
    ☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☐ $0-$50,000          ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000    ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
    ☑ $100,001-$500,000   ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million ☐ $100,000,001-$500 million    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000          ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000    ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000   ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor **Capitol Closet Design, Inc.**                                    Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

   ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ■ I have been authorized to file this petition on behalf of the debtor.

   ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **10/21/2021**
   MM / DD / YYYY

   X **/s/ Larry Nordseth**                          **Larry Nordseth**
   Signature of authorized representative of debtor    Printed name

   Title **President**

18. Signature of attorney

   X **/s/ John P. Forest, II**                     Date **10/21/2021**
   Signature of attorney for debtor                  MM / DD / YYYY

   **John P. Forest, II**
   Printed name
   **Law Office of John P. Forest, II**
   Firm name
   **11350 Random Hills Rd., Suite 700**
   Number     Street

   **Fairfax**                                       **VA**           **22030**
   City                                              State            ZIP Code

   **(703) 691-4940**                                **j.forest@stahlzelloe.com**
   Contact phone                                     Email address
   **33089**
   Bar number                                        State

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy                   page 5

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITOL CLOSET DESIGN ) ) ) Debtor ) ) | Docket Number 21-_____ Chapter 11 (Subchapter V) |

## LIST OF EQUITY SECURITY HOLDERS

The Debtor states that the following are the person who hold equity securities in the Debtor (and that there are 1000 shares of stock issued, authorized, and outstanding):

    Larry D. Nordseth
    20262 Kiawah Island Dr.
    Ashburn, VA 20148

    Interest:   510 shares of stock

    Steven Reitz
    200 E. Ario
    Nags Head, NC 27959

    Interest:   490 shares of stock

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

    Capitol Closet Design, Inc.

    By:   */s/ Larry D. Nordseth*
           Larry Nordseth, President

    Date:   October 21, 2021

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITOL CLOSET DESIGN ) ) ) Debtor ) ) | Docket Number 21-_____ Chapter 11 (Subchapter V) |

## LIST OF EQUITY SECURITY HOLDERS

The Debtor states that the following are the person who hold equity securities in the Debtor (and that there are 1000 shares of stock issued, authorized, and outstanding):

Larry D. Nordseth
20262 Kiawah Island Dr.
Ashburn, VA 20148

Interest:   510 shares of stock

Steven Reitz
200 E. Ario
Nags Head, NC 27959

Interest:   490 shares of stock

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

Capitol Closet Design, Inc.

By:   */s/ Larry D. Nordseth*
        Larry Nordseth, President

Date:   October 21, 2021

# MINUTES OF THE SPECIAL MEETING
# OF THE DIRECTORS OF CAPITOL CLOSET DESIGN

Minutes of the special meeting of the Board of Directors of Capitol Closet Design Inc. (the "Corporation") called pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

WHEREAS, it is appropriate that the Corporation consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Larry D. Nordseth be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Corporation; and

RESOLVED, that Larry D. Nordseth be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Corporation.

DATED and effective this 21st day of October, 2021.

There being no further business, the meeting was thereupon adjourned.

/s/ *Larry D. Nordseth*
Secretary

APPROVED:

/s/ *Larry D. Nordseth*
Chairman

Director:

/s/ *Larry D. Nordseth*
Larry D. Nordseth

# RESOLUTION OF
# THE DIRECTORS OF CAPITOL CLOSET DESIGN, INC.

A Resolution of the Board of Directors of Capitol Closet Design, Inc. (the "Corporation") made upon and pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

WHEREAS, the undersigned believe it is appropriate that the Corporation consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Larry D. Nordseth be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Corporation; and

RESOLVED, that Larry D. Nordseth, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Corporation.

DATED and effective this 21st day of October, 2021.

There being no further business, the meeting was thereupon adjourned.

|  |  |
|---|---|
|  | /s/ *Larry D. Nordseth* |
|  | Secretary |
| APPROVED: |  |
|  |  |
| /s/ *Larry D. Nordseth* |  |
| Chairman | Director: |
|  |  |
|  | /s/ *Larry D. Nordseth* |
|  | Larry D. Nordseth |

Internal Revenue Service
Centralized Insolvency Ops.
Box 7346
Philadelphia, PA 19101-7346


Va. Dept. of Taxation
P.O. Box 1115
Richmond, VA 23218-1115


Ziplocal, LLC
c/o Ronald Stern, Esq.
211 N. Union St. #100
Alexandria, VA 22314


Rock Tysons Two, LLC
c/o Allen & Rocks
1960 Gallows Rd., Suite 300
Vienna, VA 22182


8100 Oak Venture, LLC
c/o Bernstein Management
2095 Chain Bridge Rd., 2nd Fl.
Vienna, VA 22182


Cabot Industrial Properties, LP
c/o CBRE
P.O. Box 209239
Austin, TX 78720


Cabot Industrial Properties, LP
c/o CBRE
326-400 Calvert Ave.
Alexandria, VA 22301


2200 Cedar Lane, LLC
c/o Albert & Schulwolf LLC
2273 Research Blvd., # 200
Rockville, MD 20850

Larry Nordseth
20262 Kiawah Island Dr.
Ashburn, VA 20148


Steven Reitz
200 E. Ario St.
Nags Head, NC 27959


Fox & Moghul
3871 Plaza Dr.
Fairfax, VA 22030


A&M Supply
PO Box 919393
Orlando, FL 32891


CareFirst
PO Box 70250
Philadelphia, PA 19176


Yelp Inc./True Accord
16011 College Blvd.
Suite 130
Lenexa, KS 66219


Exxon Mobil
P.O. Box 78001
Phoenix, AZ 85062

Internal Revenue Service
Centralized Insolvency Ops.
Box 7346
Philadelphia, PA 19101-7346


Va. Dept. of Taxation
P.O. Box 1115
Richmond, VA 23218-1115


Ziplocal, LLC
c/o Ronald Stern, Esq.
211 N. Union St. #100
Alexandria, VA 22314


Rock Tysons Two, LLC
c/o Allen & Rocks
1960 Gallows Rd., Suite 300
Vienna, VA 22182


8100 Oak Venture, LLC
c/o Bernstein Management
2095 Chain Bridge Rd., 2nd Fl.
Vienna, VA 22182


Cabot Industrial Properties, LP
c/o CBRE
P.O. Box 209239
Austin, TX 78720


Cabot Industrial Properties, LP
c/o CBRE
326-400 Calvert Ave.
Alexandria, VA 22301


2200 Cedar Lane, LLC
c/o Albert & Schulwolf LLC
2273 Research Blvd., # 200
Rockville, MD 20850

Larry Nordseth
20262 Kiawah Island Dr.
Ashburn, VA 20148

Steven Reitz
200 E. Ario St.
Nags Head, NC 27959

A&M Supply
PO Box 919393
Orlando, FL 32891

CareFirst
PO Box 70250
Philadelphia, PA 19176

Capital One Bank
1680 Capital One Drive
McLean, VA 22102-3491

Small Business Administration
2 N. 20th St.
Suite 320
Birmingham, AL 35203